

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00059-CV

| | | |
|---|---|---|
| Paul Lair, Jr. | § | From the 17th District Court |
| v. | § | of Tarrant County (17-240794-09) |
| R.M. Individually and as Next Friend of __.M., a Minor, and A.G. Individually and as Next Friend of __.G., a Minor | § | April 3, 2014 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot